M. O. WHEELER v. STATE.

No. A-1831. Opinion Filed December 13, 1913.

Appeal from County Court, Love County;
R. A. Keller, Judge.

M. O. Wheeler was convicted of violating the prohibition law, and appeals. Affirmed.

B. C. Logsdon, for plaintiff in error.

Chas. West, Atty. Gen., and Smith C. Matson and C. J. Davenport, Asst. Attys. Gen., for the State.

PER CURIAM. The plaintiff in error was tried and convicted upon an information which charged the unlawful sale of intoxicating liquor to E. P. Gilliam. On the 17th day of July, 1912, he was sentenced to be confined in the county jail for thirty days and to pay a fine of fifty dollars. On this appeal it is contended that the verdict of the jury is contrary to the evidence. The complaining witness swore positively to the purchase. Defendant denied the sale and offered proof of an alibi. The cases are very rare in which this court has reversed judgments upon the ground that the verdict is contrary to the evidence, and it is only in a case where the evidence is plainly insufficient to warrant the finding of the jury that the verdict will be disturbed. It is our opinion that the verdict in this case is sufficiently sustained by the evidence. The judgment of conviction is therefore affirmed.

---

CARSIE ELLIOTT v. STATE.

No. A-1879. Opinion Filed December 13, 1913.

Appeal from County Court, Stephens County;
W. H. Admire, Judge.

Carsie Elliott was convicted of having unlawful possession of intoxicating liquor, and appeals. Affirmed.

Wilkinson & Morris, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, Carsie Elliott, was convicted at the October, 1912, term of the county court of Stephens county on a charge of having unlawful possession of intoxicating liquors with intent to sell the same, and his punishment fixed at a fine of $200 and imprisonment in the county jail for a period of ninety days. The appeal was filed in this court on the first day of December, 1912. On the 4th day of December, 1913, counsel for plaintiff in error filed a motion to dismiss the appeal and asked that mandate be issued forthwith. The motion is sustained and the appeal accordingly dismissed. The clerk is directed to issue mandate forthwith.